```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA

             CASE NO.  25-60095-CR-LEIBOWITZ
```

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**GILBERTO CARLOS JIGUAN PEREZ,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is United States Magistrate Judge Augustin-Birch's Report and Recommendation on Change of Plea, issued June 30, 2025 [ECF No. 33].

On June 26, 2025, Magistrate Judge Panayotta Augustin-Birch held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment [ECF No. 1].  Magistrate Judge Augustin-Birch thereafter issued this Report and Recommendation.

The Court has conducted a review of the record and finds no error in the Report and Recommendation. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 33] is **AFFIRMED AND ADOPTED.**

2. The guilty plea entered into by Defendant Gilberto Carlos Jiguan Perez as to Count One of the Indictment is **ACCEPTED.**

CASE NO. 25-60095-CR-LEIBOWITZ

3. Defendant Jiguan Perez is adjudicated guilty of Count One of the Indictment, which charges Defendant with Illegal Reentry of a Removed Alien in violation of 8 U.S.C. § 1326.

4. An Expedited Sentencing Hearing is set for **July 25, 2025, at 11:00 a.m.,** in the Fort Lauderdale Division before the undersigned.

**DONE AND ORDERED** in the Southern District of Florida on July 1, 2025.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record
     U.S. Magistrate Judge Panayotta Augustin-Birch